U.S. COURT OF APPEALS FOR
DISTRICT OF COLUMBIA CIRCUIT

JUL 2 2 2005

RECEIVED

FILED
AUG - 3 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE ~~_____~~ DISTRICT OF ~~_____~~
_____ DIVISION

Russell K Hill #L3506

v.

Federal Judicial Center

Petitioner

CIVIL ACTION NO. __05 1567__

Respondent

## MOTION TO PROCEED *IN FORMA PAUPERIS*

I, __Russell K. Hill__, declare that I am the petitioner in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 U.S.C. §1915 I declare that I am unable to pay the costs of said proceedings or give security therefor; that I believe I am entitled to the relief.

Signed: __Russell K. Hill__    Date: __7/19/05__

## AFFIDAVIT IN SUPPORT OF MOTION

In support of this motion, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?   ✓ Yes ___ No
   If "yes" state the place of your incarceration _____

2. Are you presently employed (at the institution or otherwise)?   ___ Yes   X No
   a. If the answer is "yes," state the amount of your salary or wages per month, and give the name and address of your employer. __N/A__

   b. If the answer is "no," state the date of the last employment and the amount of the salary and wages per month which you received. __Incarcerated 5 yrs__

3. Have you received within the past twelve months any money from any of the following sources?

   a. Business, profession or form of self-employment? ___ Yes _X_ No
   b. Rent payments, interest or dividends? ___ Yes _X_ No
   c. Pensions, annuities or life insurance payments? ___ Yes _X_ No
   d. Gifts or inheritances? ___ Yes _X_ No
   e. Any other sources? ___ Yes _X_ No

   If the answer to any of the above is "yes," describe each source of money and state the amount received from each during the past twelve months. N/A

4. Do you own cash, or do you have money in a checking or savings account? ___ Yes _X_ No (Include any funds in prison accounts.) If the answer is "yes," state the total value of the items owned. N/A

5. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ___ Yes _X_ No If the answer is "yes," describe the property and state its approximate value. N/A

6. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support.
   Jeffrey Hill - Son $175 @ mo
   Tamica Hill - Daughter $175 @ mo

I declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

Executed on 7/19/05
Date

Russell R. Hill
Signature of Petitioner

### Certificate

I hereby certify that the petitioner herein has the sum of $ _____ on account to his credit at the _____ institution where he is confined. I further certify that petitioner likewise has the following securities to his credit according to the records of said institution: _____

Date See Next Page

Authorized Officer of Institution

I, __Russell Hill__, __L3506__
 (Name of Plaintiff)                    (MDOC Number)

authorize the Clerk of Court to obtain, from the agency having custody of my person, information about my institutional account, including balances, deposits and withdrawals. The Clerk of Court may obtain my account information from the past six months and in the future, until the filing fee is paid. I also authorize the agency having custody of my person to withdraw funds from my account and forward payments to the Clerk of Court, in accord with 28 U.S.C. Section 1915.

__6/27/05__
(Date)

__Russell K. Hill__
(Signature of Plaintiff)

---

**IT IS PLAINTIFF'S RESPONSIBILITY TO HAVE THE APPROPRIATE PRISON OFFICIAL COMPLETE AND CERTIFY THE CERTIFICATE BELOW**

**CERTIFICATE TO BE COMPLETED BY AUTHORIZED OFFICER**
*(Prisoner Accounts Only)*

I certify that the applicant named herein has the sum of $ __0.12__ on account to his credit at the __WCCF__ institution where he is confined. I further certify that the applicant likewise has the following securities to his credit according to the records of said institution: __0__

I further certify that during the last six (6) months the plaintiff's average monthly balance was $ __0.74__.

I further certify that during the last six (6) months the plaintiff's average monthly deposit was $ __22.67__.

__601-888-3199__
TELEPHONE NUMBER OF OFFICER FOR VERIFICATION

__6/28/05__
DATE

__Ana Walker__
AUTHORIZED OFFICER OF INSTITUTION

__Ana Walker__
PRINT NAME OF AUTHORIZED OFFICER

RETURN COMPLETED FORM TO:
U.S. DISTRICT COURT
245 E. CAPITOL ST., ROOM 316
JACKSON, MS 39201

7