U.S. COURT OF APPEALS FOR
DISTRICT OF COLUMBIA CIRCUIT

JUL 2 2 2005

RECEIVED

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
_____ DIVISION

**FILED**

AUG - 3 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Russell K. Hill # L3506

v.

Federal Judicial Center

05 1567    PLAINTIFF

NO. _____

DEFENDANT

— — — — — — — — — —
NOTICE OF MOTION AND PARTIES
— — — — — — — — — —

The Plaintiff, Russell K. Hill # L3506, CCA/WCCF, 9999 U.S. Hwy 61, North, Woodville, Ms. 39669 would bring this suit against the Federal Judicial Center, ONE Columbus Circle, N.E, Washington, D.C. 30002 and hereby serves notice of motion or intent to have this action heard at the District Courts earliest convience.

So Certified this __19th__ day of July, 2005, A.D.

X _Russell R. Hill_____
   Plaintiff/Pro-Se

Sworn and Subscribed before me this 19 day of July, 2005, A.D.

My Subscription Expires On:

MISSISSIPPI STATEWIDE NOTARY PUBLIC
MY COMMISSION EXPIRES JAN. 30, 2009
BONDED THRU STEGALL NOTARY SERVICE

X _Augusta Andrew_____
   NOTARY

3

IN THE FEDERAL

JUDICIAL CENTER
WASHINGTON, D.C.

Request For Public Information, Pro-Se

I, Russell Hill #L3506, a Mississippi Prisoner Litigant would make this formal Request pursuant to the Public Information Act, for a complete copy of a study conducted by the Federal Judicial Center, to Wit: Study of Intercircuit Conflicts and Structural Alternatives For Courts of Appeals by Federal Judicial Center.

Pub. L. 101-650, Title III § 305, Dec. 1, 1990, 104 Stat. 5104, as amended Pub. L. 102-572, Title V, § 502(c), Oct. 29, 1992, 106 Stat. 4513

In pursuit of such an object of ambition, I must confess to the Judicial Center that I am indigent and unable to pre-pay any cost assesed, however, for the sake of comity I have enclosed the appended, "Affidavit of Poverty" and "Statement of Inmate Accounts; and I would ask the Federal Judicial Center to place a lien against my Inmate Account for cost incurred for the timely shipping of the requested study to myself at : Russell Hill No, L3506, CCA/WCCF, 2999 U.S. Hwy 61, North, Woodville, Ms. 39669.

Date  2/34/05

Respectfully Submitted,

x Russell M. Hill

Petitioner / Affiant
Russell K. Hill #L3506