UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RUSSELL HILL,

    Plaintiff,

v.                                              Civil Action No.   05 1567

FEDERAL JUDICIAL CENTER,

    Defendant.

FILED

AUG - 3 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## MEMORANDUM OPINION

This matter is before the Court on consideration of plaintiff's application to proceed *in forma pauperis* and *pro se* complaint. The Court will grant the application, and dismiss the complaint.

Plaintiff alleges that he submitted a request to the Federal Judicial Center under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, for information pertaining to the operations of the United States Court of Appeals for the Fifth Circuit. He brings this action to compel release of the requested information.

Generally, the FOIA applies to federal government agencies of the executive branch. *See* 5 U.S.C. § 552(f)(1). For purposes of the FOIA, the term "agency" is defined to exclude the courts of the United States. 5 U.S.C. § 551(1)(B). The phrase "courts of the United States" is interpreted such that this exemption applies to the entire judicial branch of government. *See Washington Legal Foundation v. United States Sentencing Commission*, 17 F.3d 1446, 1449

(D.C. Cir. 1994). The Federal Judicial Center "is established within the judicial branch of the Government." 28 U.S.C. § 620(a). The Federal Judicial Center, then, is not subject to the FOIA. *Cf. Andrade v. United States Sentencing Comm'n*, 989 F.2d 308, 311 (9th Cir. 1993)(holding that United States Sentencing Commission, an independent body within the judicial branch, is not subject to FOIA). For this reason, the Court will dismiss the complaint because it fails to state a claim upon which relief can be granted. *See* 28 U.S.C. § 1915A(b)(1). An Order consistent with this Memorandum is issued separately on this same date.

/s/ Rosemary M. Collyer
United States District Judge

Date: 2 Aug 2005