UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

AUG - 3 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

RUSSELL HILL,

    Plaintiff,

v.

FEDERAL JUDICIAL CENTER,

    Defendant.

Civil Action No.   05 1567

### DISMISSAL ORDER

For the reasons stated in the accompanying Memorandum, it is hereby

ORDERED that plaintiff's application to proceed *in forma pauperis* is GRANTED, and it is

FURTHER ORDERED that the complaint is DISMISSED WITH PREJUDICE. This is a final appealable Order. *See* Fed. R. App. P. 4(a).

SO ORDERED.

*Rosemary M. Collyer*
United States District Judge

Date: 2 Aug 2005