UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

SEP 3 0 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| Russell Hill, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )    Civil Action No.  05-1567 |
| | ) |
| Federal Judicial Center, | ) |
| | ) |
| Defendant. | ) |

## ORDER

Plaintiff moves for reconsideration of the dismissal order filed August 3, 2005.  Because the motion comes more than ten days after entry of the final order, it is treated as brought under Fed. R. Civ. P. 60(b).  The motion presents no grounds for vacating the dismissal order.

Accordingly, it is this ___27th___ day of September 2005,

ORDERED that plaintiff's motion for reconsideration [# 6] is DENIED.

United States District Judge