UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Russell Hill                              )
                                          )
         Plaintiff                        )
                                          )
    v.                                    )    Civil Action No. 05-1567 UNA
                                          )
Federal Judicial Center                   )
                                          )
         Defendant                        )

## NOTICE OF APPEAL

The "Plaintiff", Russell K. Hill would file this "Notice of Appeal" and ask to proceed In Forma Pauperis on Appeal, as of Right, under F.R.A.P. 40 and would assert that the appeal is taken in good faith, with intentions of raising issues of Abuse of Discretion under Rule 12(b)(6) and Abuse of Discretion upon motion for Reconsideration which was timely filed and should have been Reviewed de novo and not errors as F.R.Civ.P. 60(b) mandates as the standard of review utilized in denial of motion for Reconsideration.

Date 10/31/05

Respectfully Submitted,

x Russell K. Hill

RECEIVED
OCT 27 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT