UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
JAN 18 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

RUSSELL HILL,                     )
                                  )
         Plaintiff,               )
                                  )
    v.                            )   Civil Action No. 05-1567
                                  )
FEDERAL JUDICIAL CENTER,          )
                                  )
         Defendant.               )

ORDER

It is hereby

ORDERED that plaintiff's motion for leave to proceed on appeal *in forma pauperis* is **GRANTED**.

SO ORDERED.

_____
United States District Judge

Date: 1-11-06