FILED
SEP 2 2 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RUSSELL HILL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 05-1567 |
| v. ) | |
| ) | |
| FEDERAL JUDICIAL CENTER, ) | |
| ) | |
| Defendant. ) | |

## ORDER

This matter is before the Court so that this court may consider plaintiff's Motion for Reconsideration under Rule 59(e) of the Federal Rules of Civil Procedure. Motions under Rule 59(e) are disfavored, and relief under the rule is granted only when the moving party establishes extraordinary circumstances. See *Anyanwutaku v. Moore*, 151 F.3d 1053, 1057 (D.C. Cir. 1998) ("Rule 59(e) motions need not be granted unless the district court finds that there is an intervening change of controlling law, the availability of new evidence, or the need to correct clear error or prevent manifest injustice"). A Rule 59(e) motion is not a second opportunity to present arguments upon which the Court already has ruled, or to present arguments that could have been presented earlier. See *W.C. & A.N. Miller Co.'s v. United States*, 173 F.R.D. 1, 3 (D.D.C. 1997), *aff'd sub nom. Hicks v. United States*, No. 99- 5010, 1999 WL 414253 (D.C. Cir. May 17, 1999). Having reviewed plaintiff's motion and the record in this case, the Court finds no basis to grant the relief plaintiff now seeks. Accordingly, it is hereby

ORDERED that the plaintiff's motion to alter or amend is **DENIED**.

SO ORDERED.

/s/ *signature*
United States District Judge

Date: 9/19/06

13