UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
OCT 26 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

RUSSELL HILL )
 )
  Plaintiff )
 )
v. )  Civil Action No
 )
FEDERAL JUDICIAL CENTER )
 )
  Defendant )

## NOTICE OF APPEAL

The "Plaintiff", Russell K. Hill asserts that he firmly intends to appeal the final decision denying his Motion for Reconsideration, filed on 9/29/06 and forwarded on 9/25/06. Appeal to raise issue[s] of abuse of discretion and concert activity.

Date 10/20/06

Respectfully Submitted
x Russell R Hill

14