**FILED**
DEC 1 4 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RUSSELL K. HILL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-1567 |
| ) | |
| THE FEDERAL JUDICIAL CENTER, ) | |
| ) | |
| Defendant. ) | |

## ORDER

It is hereby

**ORDERED** that plaintiff's motion for leave to proceed on appeal *in forma pauperis* [Dkt. #16] is **GRANTED**.

SO ORDERED.

_Gladys Kessler_
United States District Judge

DATE: 12/13/06

17