UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Russell Hill,<br><br> Plaintiff,<br><br>  v.<br><br>The Federal Judicial Center,<br><br> Defendant. | Civil Action No. 05-1567 (JDB) |

### ORDER

Pursuant to the remand of this case from the United States Court of Appeals for the District of Columbia Circuit [Dkt. No. 19], it is

**ORDERED** that by September 21, 2007, plaintiff shall file an amended complaint setting forth any common law claim of access to public records.

               s/
             JOHN D. BATES
           United States District Judge

Dated: August 20, 2007