IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **RUSSELL HILL** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**FEDERAL JUDICIAL CENTER,** )<br>)<br>**Defendant.** )<br>) | Civil Action No. 05-1567 (JDB) |

### MOTION FOR ENLARGEMENT OF TIME TO ANSWER, MOVE OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT

Defendant, by undersigned counsel, pursuant to Fed. R. Civ. P. 6(b), and for good cause shown, hereby respectfully moves for an enlargement of time of thirty-one (31) days, up to and including November 22, 2007, in which to answer, move or otherwise respond to plaintiff's complaint. Defendant's response would otherwise be due on October 22, 2007.

This case appears to arise under the Administrative Procedures Act, 5 U.S.C. § 702 et seq. See Complaint at p. 1. Plaintiff, who is incarcerated at a federal correctional institution, argues that defendant failed "to respond to Plaintiff['s] 'Request for Study of the Operation of the Fifth Circuit Courts of the United States . . . .'" Id.

Undersigned counsel seeks this enlargement of time because the agency has failed to provide the necessary documentation in order to formulate a response. Moreover, this case appears to have a long history, and additional time is need to review all of the relevant documents when they are received. For these reasons, and to ensure that the government has sufficient time to prepare a response, defendant respectfully requests that the enlargement sought be granted.

Defendant has not conferred with plaintiff *pro se* regarding this matter because plaintiff *pro se* is incarcerated.[1]  An order granting the relief sought is attached hereto.

Respectfully submitted,

/s/
JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney


/s/
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney


/s/
MARIAN L. BORUM, D.C. Bar # 435409
Assistant United States Attorney
555 Fourth Street, N.W. - Civil Division
Washington, D.C.  20530
(202) 514-6531
Counsel for Defendant

---

[1] Local Civil Rule 7(m) requires "counsel" to discuss non-dispositive motions with "opposing counsel." It does not require counsel to discuss those motions with *pro se* parties. Nonetheless, it has been the general practice of the United States Attorney's Office in this District to discuss such motions with nonprisoner *pro se* parties. This practice is informed by, and consistent with, Local Civil Rule 16.3(a). That Rule excludes prisoner *pro se* parties from the Court's meet-and-confer requirements. Specifically, the Rule requires "[c]ounsel (including any nonprisoner *pro se* party)" to meet and confer prior to a scheduling conference. LcvR 16.3(a).

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 19th day of October, 2007, I caused the foregoing to be served by first class mail, postage prepaid, to plaintiff *pro se*:

Russell Hill
#L3506
CCA/WCCF
2999 U.S. Highway North
Woodville, MS 39669

          /s/
MARIAN L. BORUM
Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **RUSSELL HILL** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**FEDERAL JUDICIAL CENTER,** )<br>)<br>**Defendant.** )<br>) | Civil Action No. 05-1567 (JDB) |

## ORDER

UPON CONSIDERATION of Defendant's Motion for Enlargement of Time, the merits thereof, and for good cause shown, it is this \_\_\_\_ day of _____, 2007

HEREBY ORDERED that the motion is granted, and it is

FURTHER ORDERED that defendant shall have up to an including November 22, 2007 in which to answer, move or otherwise respond to plaintiff's Complaint.


Date _____            _____
                                                                    UNITED STATES DISTRICT JUDGE