# Russell Hill v. The Federal Judicial Center

## Civil Action No. 05-1567 (JDB)

## Exhibit G

# US District Court Civil Docket

u.s. district court [Mississippi southern]
(southern mg)

## 2:03cv492

## Hill v. Moore, et al

This case was retrieved from the court on Monday, October 29, 2007

| | |
|---|---|
| Date Filed: **09/19/2003** | Class Code: **CASEREF, CLOSED** |
| Assigned To: **District Judge Dan M Russell, Jr** | Closed: **yes** |
| Referred To: **Magistrate Judge John M Roper** | Statute: **28:2254** |
| Nature of suit: **Prisoner - General (530)** | Jury Demand: **None** |
| Cause: **Petition for Writ of Habeas Corpus (State)** | Demand Amount: **$0** |
| Lead Docket: **None** | NOS Description: **Prisoner - General** |
| Other Docket: **04-60468** | |
| Jurisdiction: **Federal Question** | |

Litigants                                             Attorneys

Russell Keith Hill
Plaintiff

Russell Keith Hill
[COR LD NTC]
#L3506
CCA/WCCF/B-POD
2999 U.S. HWY 61, NORTH
WOODVILLE, MS 39669
PRO SE

Mike Moore
Defendant

Jim Hood
[COR LD NTC]
Office of the Attorney General
PO Box 220
Jackson , MS  39205-0220
USA
601/ 359-3680
Email: Agcivillit@ago.state.ms.us

Michael C Moore
[COR LD NTC]
[Term: 01/23/2004]
Phelps Dunbar -Jackson
PO Box 23066
Jackson , MS  39225-3066
USA
601-933-0070
Fax: 601-933-0071
Email: Mm@mikemoorelawfirm.com

Pro Se Department Interested
Party

Dolan Waller Warden of Wilkinson County Correctional

Facility
Defendant

| Date | # | Proceeding Text |
|------|---|-----------------|
| 09/19/2003 | 1 | PETITION for writ of habeas corpus; Notice of Assignment mailed (ldr) (Entered: 09/23/2003) |
| 09/19/2003 | -- | Magistrate Judge Assignment: Louis Guirola, Jr. (ldr) (Entered: 09/23/2003) |
| 09/19/2003 | -- | Case assigned to Administrative Track. (ldr) (Entered: 09/23/2003) |
| 09/19/2003 | 1 | MOTION by plaintiff Russell Keith Hill to Proceed in Forma Pauperis (ldr) (Entered: 09/23/2003) |
| 09/19/2003 | -- | CASE REFERRED to Mag. Judge Louis Guirola Jr. (ldr) (Entered: 09/23/2003) |
| 10/07/2003 | 2 | ORDER granting plaintiff Russell Hill [1-1] motion to Proceed in Forma Pauperis; within 20 days petitioner to file amended petition as stated within this Order. (signed by Mag. Judge Louis Guirola Jr. 10/2/03); copies mailed. (ldr) (Entered: 10/07/2003) |
| 11/01/2003 | -- | CASE reassigned to Judge Dan M. Russell Jr. pursuant to Internal Rule 1 filed 10/31/03 (ldr) (Entered: 12/04/2003) |
| 11/01/2003 | -- | Magistrate Judge Assignment: John M. Roper (ldr) (Entered: 01/21/2004) |
| 11/01/2003 | -- | CASE REFERRED to Magistrate Judge John M. Roper (ldr) (Entered: 01/21/2004) |
| 11/17/2003 | 3 | Change of address for Russell Keith Hill CAA/WCCF/J-POD 2999 U.S. HWY 61 North Woodville, MS 39669 (akl) (Entered: 11/17/2003) |
| 11/17/2003 | 4 | ORDER TO SHOW CAUSE: Petitioner to respond within 15 days as to why case should not be dismissed for failure to comply with Order of 10/7/03 re: filing of an amended petition ( signed by Mag. Judge Louis Guirola Jr. 11/13/03); copies mailed. (ldr) (Entered: 11/17/2003) |
| 11/17/2003 | 5 | AMENDED COMPLAINT by plaintiff Russell Keith Hill amending against Dolan Waller as directed by Order; Affidavit attached; copy Judge Guirola (ldr) (Entered: 11/17/2003) |
| 11/24/2003 | 6 | Letter from plaintiff Russell Keith Hill requesting acknowledgment of his filing documents. (ldr) Modified on 11/25/2003 (Entered: 11/25/2003) |
| 11/25/2003 | -- | Response to letter of Russell Keith Hill by Clerk which was filed on (11/24/03). (ldr) (Entered: 11/25/2003) |
| 02/04/2004 | 7 | MOTION by plaintiff Russell Keith Hill Show Cause Why No Action on Amended Petition ; copy Judge Guirola (ldr) (Entered: 02/04/2004) |
| 03/29/2004 | 8 | Change of address for Russell Keith Hill: #L3506, CCA/WCCF/B-POD, 2999 U. S. Hwy 61, North, Woodville, MS 39669 (ldr) (Entered: 03/29/2004) |
| 03/31/2004 | 9 | MEMORANDUM OPINION and ORDER, Petitioner's application for habeas corpus relief will be dismissed for failure to exhaust available state remedies. ( signed by Judge Dan M. Russell Jr. 3/26/04); copies mailed. ob: 04 page: 112 (ldr) (Entered: 03/31/2004) |
| 03/31/2004 | 10 | FINAL JUDGMENT, pursuant to opinion and order cause is dismissed without prejudice for petitioner's failure to exhaust available state court remedies. ( signed by Judge Dan M. Russell Jr. 3/29/04); copies mailed. ob 04 page 113 (ldr) (Entered: 03/31/2004) |
| 03/31/2004 | -- | Case closed (ldr) (Entered: 03/31/2004) |
| 04/09/2004 | 11 | MOTION by plaintiff Russell Keith Hill for Reconsideration of [10-1] judgment order, [9-1] order ; with attachment; copy Judge Russell (ldr) (Entered: 04/10/2004) |
| 04/22/2004 | 12 | ORDER denying plaintiff's [11-1] motion for Reconsideration (to alter or amend) [10-1] judgment order, [9-1] order ( signed by Judge Dan M. Russell Jr. 4/20/04); copies mailed. (ldr) (Entered: 04/22/2004) |
| 05/25/2004 | 13 | NOTICE OF APPEAL of [12-1] order by plaintiff Russell Keith Hill . Appeal record due on 6/9/04 (ldr) (Entered: 05/25/2004) |
| 05/25/2004 | 14 | Memo to Staff Attorney re: Notice of Appeal by plaintiff Russell Keith Hill (ldr) (Entered: 05/25/2004) |
| 05/25/2004 | -- | Notice of Appeal and certified copy of docket to USCA: [13-1] appeal by Russell Keith Hill (ldr) (Entered: 05/25/2004) |
| 06/01/2004 | -- | USCA Case Number Re: [13-1] appeal by Russell Keith Hill USCA NUMBER: 04-60468 (ldr) (Entered: 06/01/2004) |
| 06/03/2004 | 15 | ORDER, within 20 days plaintiff to file completed application for leave to proceed in forma pauperis or pay required appeal filing fee of $255.00; application attached. ( signed by Judge |

|  |  | Dan M. Russell Jr. 6/1/04); copies mailed. (ldr) (Entered: 06/03/2004) |
|---|---|---|
| 06/29/2004 | 16 | MOTION by plaintiff Russell Keith Hill to Proceed in Forma Pauperis on Appeal ; copy pro se clerk (ldr) (Entered: 06/29/2004) |
| 07/16/2004 | 17 | CERTIFICATE OF APPEALABILITY, should not issue; party appeal is a pauper; petitioner has failed to make a substantial showing of the denial of a constitutional right. ( signed by Judge Dan M. Russell Jr. 7/14/04) (ldr) (Entered: 07/16/2004) |
| 07/16/2004 | -- | Certified and transmitted Record on Appeal to U.S. Court of Appeals: [13-1] appeal by Russell Keith Hill (ldr) (Entered: 07/16/2004) |
| 08/02/2004 | -- | Copy of transmittal letter to USCA showing receipt of record on appeal on 7/19/04 (ldr) (Entered: 08/03/2004) |
| 12/17/2004 | 18 | JUDGMENT OF USCA (certified copy) Re: [13-1] appeal by Russell Keith Hill; COA motion is denied. (ldr) (Entered: 12/17/2004) |
| 12/17/2004 | -- | Record on Appeal returned from U.S. Court of Appeals: [13-1] appeal (ldr) (Entered: 12/17/2004) |
| 12/05/2005 | 19 | MOTION to Reopen Case by Russell Keith Hill. (ldr, ) (Entered: 12/05/2005) |
| 03/27/2006 | -- | Motions No Longer Referred: 19 MOTION to Reopen Case (Regenold, Sheryal) (Entered: 03/27/2006) |
| 04/24/2006 | 20 | Letter from plaintiff Russell Hill regarding status of Motion to Reinstate, requesting name of judges assigned to case. (ldr, ) (Entered: 04/24/2006) |
| 04/24/2006 | 21 | Response to letter from plaintiff Russell Hill regarding status of case filed 4/24/06 (ldr, ) (Entered: 04/24/2006) |
| 05/01/2006 | 22 | MOTION for Court to show cause for not ruling on Motion to Reinstate by Russell Keith Hill. (ldr, ) (Entered: 05/01/2006) |
| 07/20/2006 | 23 | MOTION to Amend [1] Petition for Writ of Habeas Corpus by Russell Keith Hill. (ldr, ) (Entered: 07/20/2006) |
| 07/26/2006 | 24 | ORDER denying 19 Motion to Reopen Case; clerk directed to mail petitioner a form to file a petition for habeas corpus relief, and motion to proceed in forma pauperis. All pending motions are denied. Signed by Judge Dan M. Russell Jr. on 7/26/06. (ldr, ) (Entered: 07/26/2006) |
| 07/26/2006 | -- | Pursuant to Order #24, form for filing a Petition for habeas corpus relief and form to file Motion to proceed in forma pauperis mailed to petitioner Don Waller at last known address. (ldr, ) (Entered: 07/26/2006) |
| 08/08/2006 | 25 | MOTION for Reconsideration re 24 Order on Motion to Reopen Case, by Russell Keith Hill. (ldr, ) (Entered: 08/08/2006) |
| 08/11/2006 | 26 | ORDER denying 25 Motion for Reconsideration of Court's Order 24; if plaintiff wishes to pursue habeas claims he may file a separate civil action . Signed by Judge Dan M. Russell Jr. on 8/11/06. (ldr, ) (Entered: 08/11/2006) |

Copyright © 2007 LexisNexis CourtLink, Inc. All rights reserved.
*** THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY ***