# Russell Hill v. The Federal Judicial Center

## Civil Action No. 05-1567 (JDB)

## Exhibit H

# US District Court Civil Docket

## 2:03cv248

## Hill v. Kelly, et al

This case was retrieved from the court on Tuesday, October 30, 2007

| | | | |
|---|---|---|---|
| Date Filed: | 04/24/2003 | Class Code: | CASEREF, CLOSED |
| Assigned To: | District Judge Keith Starrett | Closed: | yes |
| Referred To: | Magistrate Judge John M Roper | Statute: | 28:2254 |
| Nature of Suit: | Prisoner - General (530) | Jury Demand: | None |
| Cause: | Petition for Writ of Habeas Corpus (State) | Demand Amount: | $0 |
| Lead Docket: | None | NOS Description: | Prisoner - General |
| Other Docket: | Dkt in other court: 03-60481<br>Dkt in other court: 03-60727 | | |
| Jurisdiction: | Federal Question | | |

**Russell Keith Hill**
Plaintiff

Russell Keith Hill
[COR LD NTC]
#L3506
CCA/WCCF/B-POD
2999 U.S. HWY 61, NORTH
WOODVILLE, MS 39669
PRO SE

**Lawrence Kelly Superintendent**
Defendant

Jim Hood
[COR LD NTC]
Office of the Attorney General
PO Box 220
Jackson, MS 39205-0220
USA
601/ 359-3680
Email: Agcivillit@ago.state.ms.us

Michael C Moore
[COR LD NTC]
[Term: 01/29/2004]
Phelps Dunbar -Jackson
PO Box 23066
Jackson, MS 39225-3066
USA
601-933-0070
Fax: 601-933-0071
Email: Mm@mikemoorelawfirm.com

**Mike Moore Attorney General of State of MS**
Defendant

Michael C Moore
[COR LD NTC]
[Term: 01/29/2004]

Phelps Dunbar -Jackson
PO Box 23066
Jackson , MS  39225-3066
USA
601-933-0070
Fax: 601-933-0071
Email: Mm@mikemoorelawfirm.com

Pro Se Department Interested Party

| Date | # | Proceeding Text |
|---|---|---|
| 04/24/2003 | 1 | PETITION for writ of habeas corpus; Notice of Assignment mailed (ldr) (Entered: 04/24/2003) |
| 04/24/2003 | -- | Magistrate Judge Assignment: Louis Guirola, Jr. (ldr) (Entered: 04/24/2003) |
| 04/24/2003 | -- | Case assigned to Administrative Track. (ldr) (Entered: 04/24/2003) |
| 04/24/2003 | 1 | MOTION by plaintiff Russell Keith Hill to Proceed in Forma Pauperis (ldr) (Entered: 04/24/2003) |
| 04/24/2003 | -- | CASE REFERRED to Mag. Judge Louis Guirola Jr. (ldr) (Entered: 04/24/2003) |
| 04/30/2003 | 2 | ORDER granting [1-1] motion to Proceed in Forma Pauperis; no process to issue until further order of the Court. ( signed by Mag. Judge Louis Guirola Jr. 4/29/03); copies mailed. (ldr) (Entered: 04/30/2003) |
| 05/13/2003 | 3 | MEMORANDUM OPINION and ORDER, petitioner has not exhausted his available state remedies in his direct appeal to MS Supreme Court, presently pending in that Court; once petitioner has fully exhausted state remedies he may pursue federal habeas corpus remedies in this Court. ( signed by Judge Charles W. Pickering 5/13/03) ;copies mailed. ob: 03 (ldr) (Entered: 05/13/2003) |
| 05/13/2003 | 4 | FINAL JUDGMENT, pursuant to memorandum opinion and order, this cause is dismissed without prejudice for failure to exhaust available state court remedies. ( signed by Judge Charles W. Pickering 5/13/03); copies mailed. ob 03 (ldr) (Entered: 05/13/2003) |
| 05/13/2003 | -- | Case closed (ldr) (Entered: 05/13/2003) |
| 05/29/2003 | 5 | NOTICE OF APPEAL of [4-1] judgment order, [3-1] order by plaintiff Russell Keith Hill . Appeal record due on 6/13/03 (ldr) (Entered: 05/30/2003) |
| 05/29/2003 | 5 | MOTION by plaintiff Russell Keith Hill for Reconsideration of [4-1] judgment order, [3-1] order , for Certificate of Appealability (ldr) (Entered: 05/30/2003) |
| 05/30/2003 | 6 | Memo to Staff Attorney re: Notice of Appeal by plaintiff Russell Keith Hill (ldr) (Entered: 05/30/2003) |
| 05/30/2003 | -- | Notice of Appeal and certified copy of docket to USCA: [5-1] appeal by Russell Keith Hill (ldr) (Entered: 05/30/2003) |
| 06/09/2003 | -- | USCA Case Number Re: [5-1] appeal by Russell Keith Hill USCA NUMBER: 03-60481 (ldr) (Entered: 06/09/2003) |
| 06/12/2003 | 7 | Change of address for Russell Keith Hill: #L3506, Unit 32-C, Parchman, MS 38738 (ldr) (Entered: 06/13/2003) |
| 06/13/2003 | -- | Response to letter of Russell Keith Hill by Clerk requesting an "acknowledgment of pro se filings" (ldr) (Entered: 06/13/2003) |
| 07/03/2003 | 8 | DESIGNATION by plaintiff Russell Keith Hill of record on appeal (ldr) (Entered: 07/07/2003) |
| 07/11/2003 | 9 | ORDER denying plaintiff [5-1] motion for Reconsideration of [4-1] judgment order, [3-1] order ( signed by Judge Charles W. Pickering 7/10/03); copies mailed. (ldr) (Entered: 07/14/2003) |
| 07/11/2003 | 10 | CERTIFICATE OF APPEALABILITY, should not issue, petitioner has failed to make a substantial showing of the denial of constitutional rights. ( signed by Judge Charles W. Pickering 6/6/03) (ldr) (Entered: 07/14/2003) |
| 07/14/2003 | -- | Certified copy of Certificate of Appealability and updated docket entries forwarded to USCA (ldr) (Entered: 07/14/2003) |
| 07/14/2003 | 11 | JUDGMENT OF USCA (certified copy) Re: [5-1] appeal by Russell Keith Hill; plaintiff's documents does not clearly evidence an intent to appeal, and therefore it is not effective as a notice of appeal; USCA lack jurisdiction, the appeal is dismissed. (ldr) (Entered: 07/14/2003) |

| Date | # | Description |
|---|---|---|
| 07/29/2003 | 12 | MOTION by plaintiff Russell Keith Hill for Recusal of Judge Charles W. Pickering ; copy Magistrate Guirola (ldr) (Entered: 07/29/2003) |
| 08/15/2003 | 13 | NOTICE OF APPEAL of [9-1] order by plaintiff Russell Keith Hill . Appeal record due on 8/30/03 (akl) (Entered: 08/15/2003) |
| 08/15/2003 | -- | Notice of Appeal and certified copy of docket to USCA: [13-1] appeal by Russell Keith Hill (akl) (Entered: 08/15/2003) |
| 08/18/2003 | 14 | Memo to Staff Attorney re: Notice of Appeal by plaintiff Russell Keith Hill (akl) (Entered: 08/18/2003) |
| 08/25/2003 | 15 | ORDER: The plaintiff shall file within 30 days of the date of this order a completed application for leave to proceed in forma pauperis, specifically the section entitled "Certificate to Be Completed by Authorized Officer" of prison accounts or file an affidavit specifically stating the name of the prison official contacted concerning the certificate and why this information is not provided to this court. (signed 8/21/03 by Mag. Judge Louis Guirola Jr. ) Copies mailed. (akl) (Entered: 08/25/2003) |
| 09/08/2003 | -- | USCA Case Number Re: [13-1] appeal by Russell Keith Hill, [5-1] appeal by Russell Keith Hill USCA NUMBER: 03-60727 (akl) (Entered: 09/10/2003) |
| 10/14/2003 | 16 | CERTIFICATE OF APPEALABILITY should not issue; party appealing is a pauper, originally granted in forma pauperis to pursue this petition; not necessary to file another application; petitioner fails to make substantial showing of denial of constitutioinal right. ( signed by Judge Charles W. Pickering 10/14/03) (ldr) (Entered: 10/14/2003) |
| 10/14/2003 | -- | Copy of Certificate of Appealability forwarded to USCA (ldr) (Entered: 10/14/2003) |
| 10/15/2003 | -- | Certified and transmitted Record on Appeal to U.S. Court of Appeals: [13-1] appeal by Russell Keith Hill (akl) (Entered: 10/15/2003) |
| 11/17/2003 | 17 | Change of Address for Russell K. Hill, CCA/WCCF/J-POD 2999 U.S. HWY 61 North Woodville, MS 39669 (akl) (Entered: 11/17/2003) |
| 11/17/2003 | 18 | MOTION by plaintiff Russell Keith Hill titled Certificate of Appealibility on Appeal to the Fifth Circuit (akl) (Entered: 11/17/2003) |
| 12/12/2003 | 19 | Letter from Russell Hill asking that Certificate of Appealability be sent to USCA (akl) (Entered: 12/17/2003) |
| 01/14/2004 | 20 | JUDGMENT OF USCA (certified copy) Re: [13-1] appeal by Russell Keith Hill; appeal dismissed apellant failed to timely file motion for certificate of appealability and brief in support. (akl) (Entered: 01/14/2004) |
| 01/14/2004 | -- | Transmitted Supplemental Record on Appeal: [13-1] appeal by Russell Keith Hill (akl) (Entered: 01/14/2004) |
| 01/15/2004 | 21 | ORDER denying [12-1] motion for Recusal of Judge Charles W. Pickering ( signed by Judge Charles W. Pickering 1/14/04); copies mailed. (akl) (Entered: 01/15/2004) |
| 01/22/2004 | -- | Pursuant to USCA instructions Supplemental Record on Appeal numbered and returned to United States Appeals Court. (akl) (Entered: 01/22/2004) |
| 01/27/2004 | 22 | Copy of letter from USCA; appeal is reinstated. (akl) (Entered: 01/27/2004) |
| 01/29/2004 | 23 | ORDER denying [18-1] motion Certificate of Appealibility on Appeal to the Fifth Circuit ( signed 1/28/04 by Judge Charles W. Pickering ); copies mailed. (akl) (Entered: 01/29/2004) |
| 02/02/2004 | -- | Copy of transmittal letter returned from USCA stamped 1/23/04 (akl) (Entered: 02/02/2004) |
| 02/02/2004 | -- | Transmitted Supplemental Record on Appeal: [13-1] appeal by Russell Keith Hill (akl) (Entered: 02/02/2004) |
| 02/17/2004 | -- | Transmittal letter returned from USCA filed stamped 2/4/04 (akl) (Entered: 02/17/2004) |
| 04/21/2004 | 24 | JUDGMENT OF USCA (certified copy) Russell Hill failed to make a substantial showing of the denial of a constitutional right", Certificate of Appealability is denied Re: [13-1] appeal by Russell Keith Hill (akl) (Entered: 04/22/2004) |
| 04/21/2004 | -- | Record on Appeal returned from U.S. Court of Appeals: [13-1] appeal (akl) (Entered: 04/22/2004) |
| 12/05/2005 | 25 | MOTION to Reopen Case by Russell Keith Hill. (akl, ) (Entered: 12/05/2005) |
| 04/10/2006 | 26 | MOTION to Substitute Party by Russell Keith Hill. (akl ) (Entered: 04/10/2006) |
| 04/10/2006 | 27 | MOTION to Amend by Russell Keith Hill. (Attachments: # 1 Exhibit)(akl, ) (Entered: 04/10/2006) |

| Date | No. | Description |
|---|---|---|
| 04/24/2006 | 28 | Letter from Roy Lee Fairley requesting status of motions filed 12/5/05 (akl, ) (Entered: 04/24/2006) |
| 05/01/2006 | 29 | MOTION for Order to Show Cause by Russell Keith Hill. (akl, ) (Entered: 05/01/2006) |
| 05/04/2006 | -- | Judge Keith Starrett and John M. Roper added. Judge Louis Guirola, Jr and Charles W. Pickering no longer assigned to case. (akl, ) (Entered: 05/04/2006) |
| 07/27/2006 | 30 | ORDER denying 25 Motion to Reopen Case, denying 26 Motion to Substitute Party, denying 27 Motion to Amend/Correct, and denying 29 Motion for Order to Show Cause. The Clerk of Court is directed to mail to the petitioner a form used by prisoners to file a petition for habeas corpus relief pursuant to 28 U.S.C. Section 2254 as well as a motion to proceed in forma pauperis . Signed by Judge Keith Starrett on July 27, 2006. (Lampton, Donna) (Entered: 07/27/2006) |
| 08/08/2006 | 31 | MOTION for Reconsideration by Russell Keith Hill. (akl, ) (Entered: 08/08/2006) |
| 08/14/2006 | 32 | ORDER denying 31 Motion for Reconsideration . Signed by Judge Keith Starrett on 8/10/06. (scp, ) (Entered: 08/14/2006) |

Copyright © 2007 LexisNexis CourtLink, Inc. All rights reserved.
*** THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY ***