# Russell Hill v. The Federal Judicial Center

## Civil Action No. 05-1567 (JDB)

## Exhibit I

CLOSED, LG

# U.S. District Court
## Southern District of Mississippi (Hattiesburg)
### CIVIL DOCKET FOR CASE #: 2:02-cv-00030-CWP

Hill v. Breazeale, et al
Assigned to: Judge Charles W. Pickering
Demand: $0
Cause: 42:1983 Prisoner Civil Rights

Date Filed: 02/14/2002
Date Terminated: 04/17/2002
Jury Demand: None
Nature of Suit: 555 Habeas Corpus
(Prison Condition)
Jurisdiction: Federal Question

**Plaintiff**

**Russell Keith Hill**

represented by **Russell Keith Hill**
#L3506
CCA/WCCF/B-POD
2999 U.S. Hwy 61, North
Woodville, MS 39669
PRO SE

V.

**Defendant**

**Marvin . Breazeale**

**Defendant**

**Cathy Tatum**

**Defendant**

**Richard Stringer**

**Defendant**

**Joe Mango**

| Date Filed | # | Docket Text |
|---|---|---|
| 02/14/2002 | 1 | COMPLAINT ; Notice of Assignment mailed. (mjr) (Entered: 02/14/2002) |
| 02/14/2002 | | Case assigned to Administrative Track. (mjr) (Entered: 02/14/2002) |
| 02/14/2002 | | Magistrate Judge Assignment: Louis Guirola Jr. (mjr) (Entered: 02/14/2002) |
| 02/14/2002 | 1 | MOTION by plaintiff Russell Keith Hill to Proceed in Forma Pauperis (mjr) (Entered: 02/14/2002) |

| 02/26/2002 | 2 | ORDER: The Clerk is directed to mail to prisoner a copy of notice of new law (PSP-1); acknowledgement of receipt and certification (PSP-3); and form for voluntary dismissal (PSP-4). Plaintiff is directed to sign either the Acknowledgment (PSP-3) or Notice of Voluntary Dismissal (PSP-4) and return within 30 days of the date of this order or case may be dismissed without prejudice. Order with packet of forms mailed. ( signed by Magistrate Judge Louis Guirola Jr. 2/22/02) Plantiff to respond by 3/28/02 (mjr) (Entered: 02/26/2002) |
| --- | --- | --- |
| 02/26/2002 | 3 | ORDER: The plaintiff shall file within 20 days of the date of this order a completed application for leave to proceed in forma pauperis, specifically the section entitled "Certificate to Be Completed by Authorized Officer" of prison accounts or file an affidavit specifically stating the name of the prison official contacted concerning the certificate and why this information is not provided to this court. ( signed by Magistrate Judge Louis Guirola Jr. 2/22/02) Copies mailed. (mjr) (Entered: 02/26/2002) |
| 02/27/2002 | 4 | MOTION by plaintiff Russell Keith Hill to Amend [1-1] complaint (mjr) (Entered: 02/28/2002) |
| 03/05/2002 | 5 | Acknowledgement of receipt of Prisoner Litigation Reform Act and amendments to MCA 47-5-138 by plaintiff Russell Keith Hill (mjr) (Entered: 03/05/2002) |
| 03/05/2002 | 6 | MOTION by plaintiff Russell Keith Hill to Proceed in Forma Pauperis (mjr) (Entered: 03/05/2002) |
| 03/05/2002 | 7 | MOTION by plaintiff Russell Keith Hill to Amend [1-1] complaint (mjr) (Entered: 03/05/2002) |
| 03/27/2002 | 8 | ORDER granting [6-1] motion to Proceed in Forma Pauperis, granting [1-1] motion to Proceed in Forma Pauperis , except to the extent that plaintiff is required to make payments as set forth: Plaintiff shall pay the full amount of filing fee of $150.00 by payments to the Clerk of Court by the prison where Plaintiff is incarcerated. Plaintiff is required to pay an initial partial filing fee of $*, and to make monthly payments of 20 percent of the preceding month's income credited to his prison account, until he has paid the total filing fee of $150.00. Clerk is directed to mail copies of this order to Plaintiff and Warden or Gail McRaney at Marion Walthall Co. Correctional Facility. (signed by Magistrate Judge Louis Guirola Jr. 3/25/02) Copies mailed. (ldr) (Entered: 03/27/2002) |
| 04/17/2002 | 9 | MEMORANDUM OPINION and ORDER; Complaint is dismissed with prejudice; Dismissal is counted as a strike ( signed by Judge Charles W. Pickering 4/17/02) ;copies mailed. (mjr) (Entered: 04/17/2002) |
| 04/17/2002 | 10 | FINAL JUDGMENT; Case is dismissed with prejudice; all pending motions are terminated; Case will count as a strike ( signed by Judge Charles W. Pickering 4/17/02); copies mailed. (mjr) (Entered: 04/17/2002) |
| 04/17/2002 | | Case closed (mjr) (Entered: 04/17/2002) |

| 06/07/2002 | 11 | Change of address for Russell Keith Hill (mjr) (Entered: 06/14/2002) |
| 06/07/2002 | 11 | MOTION by plaintiff Russell Keith Hill to Change Venue to the Southern Division (mjr) (Entered: 06/14/2002) |
| 06/28/2002 | 12 | ORDER denying [11-1] motion to Change Venue to the Southern Division ( signed by Judge Charles W. Pickering 6/27/02); copies mailed. (mjr) (Entered: 06/28/2002) |
| 01/15/2003 | | Change of Address for Russell Keith Hill; #L3506 P.O. Box 485 Purvis, MS 39475 (mjr) (Entered: 01/15/2003) |
| 07/07/2003 | | Change of Address for Hill, Russell Keith to #L3506 Unit 32-C Parchman, MS 38738 (mjr) (Entered: 07/07/2003) |
| 11/24/2003 | | Change of Address: #L3506, CCA/WCCF/J-POD, 2999 U.S. Hwy 61 North, Woodville, MS 39669 (ldr) (Entered: 11/25/2003) |
| 03/29/2004 | | Change of Address for Russell Keith Hill - #L3506 CCA/WCCF/B-POD 2999 U.S. Hwy 61 North, Woodville, MS 39669 (mjr) (Entered: 03/29/2004) |
| 11/28/2005 | 13 | ORDER (copy) ordering Clerk of Court to apply partial payment of $26.00 filing fee inadvertently applied to Civil Action No. 2:02cv384 to this action; copy of Order forwarded to Clerk of Court Finance Dept. in Jackson.Signed by Judge Robert H. Walker on 11/28/05. (ldr, ) (Entered: 11/28/2005) |
| 11/30/2005 | 14 | Letter from Pro Se Department addressed to Tammy Robertson, MDOC advising that Russell Hill's IFP status and payment plan remains in effect for this civil action (Rigdon, Michael) (Entered: 12/05/2005) |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 11/07/2007 12:29:26 | | |
| PACER Login: | us0786 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 2:02-cv-00030-CWP |
| Billable Pages: | 2 | Cost: | 0.16 |