# Russell Hill v. The Federal Judicial Center

# Civil Action No. 05-1567 (JDB)

# Exhibit K

# US District Court Civil Docket

## 3:04cv240

## Hill v. Does

This case was retrieved from the court on Monday, October 29, 2007

| | | | |
|---|---|---|---|
| Date Filed: | **03/25/2004** | Class Code: | **AGN, CLOSED** |
| Assigned To: | **District Judge William H Barbour, Jr** | Closed: | **yes** |
| Referred To: | | Statute: | **28:1361** |
| Nature of suit: | **Prisoner - Mandamus (540)** | Jury Demand: | **None** |
| Cause: | **Petition for Writ of Mandamus** | Demand Amount: | **$0** |
| Lead Docket: | **None** | NOS Description: | **Prisoner - Mandamus** |
| Other Docket: | **None** | | |
| Jurisdiction: | **Federal Question** | | |

**Russell Keith Hill**
Plaintiff

**Russell Keith Hill**
[COR LD NTC]
#L3506
CCA/WCCF/B-POD
2999 U.S. HWY 61, NORTH
WOODVILLE, MS 39669
PRO SE

**John Does**
Defendant

| Date | # | Description |
|---|---|---|
| 03/25/2004 | 1 | MOTION by plaintiff Russell Keith Hill for Writ of Mandamus (thr) (Entered: 03/25/2004) |
| 03/25/2004 | 1 | MOTION by plaintiff Russell Keith Hill to Proceed in Forma Pauperis (thr) (Entered: 03/25/2004) |
| 03/25/2004 | -- | Magistrate Judge Assignment Alfred G. Nicols (thr) (Entered: 03/25/2004) |
| 03/25/2004 | -- | Case assigned to Administrative Track. (thr) (Entered: 03/25/2004) |
| 04/19/2004 | 2 | ORDER granting [1-1] motion to Proceed in Forma Pauperis ( signed by Magistrate Judge Alfred G. Nicols ); copies mailed. (lbt) (Entered: 04/20/2004) |
| 05/06/2004 | 3 | MEMORANDUM OPINION and ORDER denying [1-1] motion for Writ of Mandamus, Dismissing this case and all pending motions are terminated with the issuance of this Memorandum Opinion A Final Judgment will be entered. ( signed by Judge William H. Barbour Jr. ) ;copies mailed. ob: 2004 page: 1151-1153 (lbt) (Entered: 05/06/2004) |
| 05/06/2004 | 4 | FINAL JUDGMENT: Pursuat to the memorandum and opinion and order issued this day, it is hereby, ORDERED AND ADJUDGED that this cause be dismissed with prejudice. (); copies mailed. ob 04 page 1154 (lbt) Modified on 05/10/2004 (Entered: 05/06/2004) |
| 05/06/2004 | -- | Case closed (lbt) (Entered: 05/10/2004) |

Copyright © 2007 LexisNexis CourtLink, Inc. All rights reserved.

*** THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY ***