# Russell Hill v. The Federal Judicial Center

# Civil Action No. 05-1567 (JDB)

# Exhibit M

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

ZACHARY JOHNSON and RUSSELL HILL,                    PLAINTIFFS

V.                                                  NO. 4:05MC03-GHD

CHRISTOPHER B. EPPS,                                  DEFENDANT

### ORDER DISMISSING COMPLAINT PURSUANT TO RULE 41(B)

Upon further consideration of the complaint and the files and records in this action, the court finds that numerous orders, most recently on August 24, 2006, required Plaintiffs to sign and return certain paperwork no later than September 25, 2006. Plaintiffs were warned that failure to timely comply with the requirements of the order would lead to dismissal of the lawsuit.

Although Plaintiff Johnson complied with the August 24th order, Plaintiff Hill has failed to submit the forms and separate complaint as ordered. Rule 41(b), Federal Rules of Civil Procedure, provides, *inter alia*,

> For failure of the plaintiff to prosecute or to comply with these Rules or any order of the court defendant may move for dismissal of an action or of any claim against him.

Even though the Rule speaks in terms of dismissal on motion of a defendant, it is now settled that the court has the inherent authority to dismiss *sua sponte* for want of prosecution. *Link v. Wabash Railroad*, 370 U.S. 626 (1962); *Lopez v. Aransas County Independent School District*, 570 F.2d 541, 544 (5 Cir. 1978). Rule 41(b) further provides, *inter alia*:

> Unless the court in its order for dismissal otherwise specifies, dismissal under this subdivision and any dismissal not provided for in this rule, other than a dismissal for lack of jurisdiction, for improper venue, or for failure to join a party under Rule 19, operates as an adjudication upon the merits.

Since the court has never considered the merits of Plaintiff Hill's claims, the court's order of dismissal should provide that dismissal is without prejudice. *Shaw v. Estelle*, 542 F.2d 954 (5th Cir. 1976).

Therefore, it is hereby

**ORDERED** that the cause be dismissed without prejudice pursuant to Rule 41(b), Federal Rules of Civil Procedure, for failure to comply with an order of the court.

THIS the 5th day of October, 2006.

/s/ Glen H. Davidson
Chief Judge

2