UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Russell Hill,<br><br>    Plaintiff,<br><br>        v.<br><br>The Federal Judicial Center,<br><br>    Defendant. | Civil Action No.  05-1567 (JDB) |

# ORDER

Plaintiff, who is barred under 28 U.S.C. § 1915(g) from proceeding *in forma pauperis*, has not complied with the Order of February 27, 2008, directing him to pay the $350 filing fee within 30 days or suffer dismissal of the case.  Accordingly, it is

**ORDERED** that defendant's motion to dismiss [Dkt. No. 26] is **GRANTED**; and it is

**FURTHER ORDERED** that this case is **DISMISSED** without prejudice.  This is a final appealable Order.

                                                                        s/
                                                            JOHN D. BATES
                                                        United States District Judge

Dated: April 3, 2008